IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| INNOVATIVE WIRELESS SOLUTIONS, LLC,<br><br>    Plaintiff<br><br> v.<br><br>IMH, LLC,<br><br>    Defendant | Civil Case No. 2:13-cv-00318 |

## MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Innovative Wireless Solutions, LLC, hereby moves to dismiss all of the claims in this action WITHOUT PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: June 6, 2013        Respectfully Submitted,

                 GILLAM & SMITH, L.L.P.

                 */s/ Melissa Richards Smith*
                 Melissa Richards Smith
                 303 South Washington Avenue
                 Marshall, Texas 75670
                 Phone: (903) 934-8450
                 Facsimile: (903) 934-9257
                 E-mail: Melissa@gillamsmithlaw.com

                 *Attorneys for Plaintiff*
                 *Innovative Wireless Solutions, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2013, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

*/s/ Melissa Richards Smith*
Melissa Richards Smith